IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLYNIS BETHEL, et al., | : |
| Plaintiffs, | : |
| vs. | : Civil Action 10-0530-CG-C |
| CHARLES C. PARTIN, et al., | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that this case be **DISMISSED** for lack of jurisdiction.

**DONE** and **ORDERED** this 3rd day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE